THE STATE OF OHIO, APPELLEE, *v.* HUTCHINSON, APPELLANT.

[Cite as *State v. Hutchinson* (1996), 74 Ohio St.3d 632.]

---

1. Appellant's motions to produce/transmit record and to return copies instead of recycling are also denied.

(No. 95–1969—Submitted January 9, 1996—Decided February 28, 1996.)

*Mathias H. Heck, Jr.,* Montgomery County Prosecuting Attorney, and *Laura G. Ulrich,* Assistant Prosecuting Attorney, for appellee.

*Rayfield Hutchinson, pro se.*

*Per Curiam.* We affirm the decision of the court of appeals for the reasons stated in its opinion.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.